# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 1, 2013

*Before*

### ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| KENT EUBANK, THOMAS RIVA, WILLIAM EHORN, NANCY EHORN and RON PICKERING,<br>    Plaintiffs-Appellants,<br><br>            and<br><br>LEONARD SALTZMAN, et al.,<br>    Plaintiffs-Appellees,<br><br>Nos. 13-2091, 13-2133, 13-2162 and 13-2202    v.<br><br>PELLA CORPORATION, an Iowa corporation, et al.,<br>    Defendants-Appellees.<br><br>APPEALS OF:<br>    BRADLEY SCHULTZ and MICHAEL SCHULTZ, objecting class members. | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:06-cv-04481<br><br>James B. Zagel, Judge. |

The following are before the court:

1. **PLAINTIFFS-APPELLEES DR. LEONARD SALTZMAN, ET AL. MOTION TO DISMISS THE APPEALS OF OBJECTORS FOR LACK OF STANDING,** filed on September 3, 2013, by counsel for the plaintiffs-appellees.

2. **APPELLANT RON PICKERING'S OPPOSITION TO PLAINTIFF-APPELLEE'S SALTZMAN'S MOTION TO DISMISS APPEALS FOR LACK OF STANDING,** filed on September 9, 2013, by counsel for the plaintiff-appellant Ron Pickering.

- over -

3.  **RESPONSE OF APPELLANTS KENT EUBANK, THOMAS RIVA, AND WILLIAM AND NANCY EHORN TO PLAINTIFFS-APPELLEES' MOTION TO DISMISS THE APPEALS OF OBJECTORS FOR LACK OF STANDING,** filed on September 13, 2013, by counsel for the plaintiffs-appellants Kent Eubank, Thomas Riva, and William and Nancy Ehorn.

4.  **APPELLANT MICHAEL J. SCHULZ'S OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR SANCTIONS,** filed on September 13, 2013, by counsel for the appellant Michael J. Schulz.

5.  **REPLY IN SUPPORT OF PLAINTIFFS-APPELLEES MOTION TO DISMISS THE APPEALS OF OBJECTORS FOR LACK OF STANDING,** filed on September 20, 2013, by counsel for the plaintiffs-appellees.

6.  **APPELLANT MICHAEL J. SCHULZ'S REPLY IN SUPPORT OF CROSS-MOTION FOR SANCTIONS,** filed on September 22, 2013, by counsel for the appellant Michael J. Schulz.

7.  **PLAINTIFFS-APPELLEES' RESPONSE TO MICHAEL J. SCHULZ'S MOTION FOR SANCTIONS,** filed on September 23, 2013, by counsel for the plaintiffs-appellees.

**IT IS ORDERED** that the motion to dismiss, responses, requests for sanctions, and replies shall be taken with the case for resolution by the assigned merits panel.

form name: **c7_Order_3J**(form ID: **177**)