# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois  60604

October 1, 2013

**By the Court:**

| | |
|---|---|
| KENT EUBANK, THOMAS RIVA, WILLIAM EHORN, NANCY EHORN and RON PICKERING,<br>      Plaintiffs-Appellants,<br><br>      and<br><br>LEONARD SALTZMAN, et al.,<br>      Plaintiffs-Appellees,<br><br>Nos. 13-2091, 13-2133, 13-2136, 13-2162 and 13-2202     v.<br><br>PELLA CORPORATION, an Iowa corporation, et al.,<br>      Defendants-Appellees.<br><br>APPEALS OF:<br>    BRADLEY SCHULTZ, DAVE THOMAS and MICHAEL SCHULTZ, objecting class members. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:06-cv-04481<br>]<br>] James B. Zagel, Judge. |

### O R D E R

A review of the "Jurisdictional Statement" in the brief of appellees Leonard E. Saltzman, Tim Bastiaanse, Joseph Palmiotto, Brad Zurn and Judity McClosky reveals that these appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to state <u>explicitly</u> whether or not the jurisdictional

- over -

Nos. 13-2091, 13-2133, 13-2136, 13-2162 and 13-2202                                        Page 2

summary in an appellant's brief is "complete and correct". If it is not, the appellee must provide a "complete jurisdictional summary".

Appellee's statement ignores the requirement of Circuit Rule 28(b). Appellees' statement merely claims that no appellant addressed standing in their jurisdictional statement. This is insufficient and does not comply with Rule 28(b). Accordingly

IT IS ORDERED that the brief of appellees Leonard E. Saltzman, Tim Bastiaanse, Joseph Palmiotto, Brad Zurn, and Judith McClosky is STRICKEN. These appellees must file a new brief on or before October 8, 2013, which contains a jurisdictional statement that complies with all the requirements of Circuit Rule 28(b), and if appellants' statement is not complete and correct, Circuit Rule 28(a) also. Counsel for appellees are reminded that they may not change any other portion of the brief.

NOTE:  Counsel are reminded that they must file an entire corrected brief, including the required certifications, and appendix if an appendix was attached to the stricken brief.