**ANDERSON + WANCA**
ATTORNEYS AT LAW

3701 ALGONQUIN ROAD, SUITE 760, ROLLING MEADOWS, IL 60008
TEL: (847) 368-1500 • FAX: (847) 368-1501
EMAIL: BUSLIT@ANDERSONWANCA.COM

April 24, 2014

Circuit Clerk
U.S. Court of Appeals
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

Re:   No. 13-2091
      Kent Eubank, et al. v. Pella Corporation, et al.

Dear Circuit Clerk:

During oral argument on April 22, 2014, two questions were asked which require supplemental authority pursuant to Rule 28(j).

First, Judge Williams asked for the cite to the record regarding the termination of a mediator. That can be found in the brief filed by Defendant-Appellee Pella Corporation, et al., (Doc. No. 36, brief pg. 2, citing Dkt. 259-1 at ¶¶ 2, 3; Dkt. 259-2 at ¶ 3; Dkt. 312-1 at pp. 45-46).

Second, Judge Posner asked for the status of the ARDC charges against Paul Weiss. Attached is the Hearing Board's Report and Recommendation of April 17, 2014, for a thirty month suspension.

                                    Respectfully submitted,

                                    ANDERSON + WANCA


                                    s/David M. Oppenheim
                                    David M. Oppenheim

DMO/tn
Attachment
cc: Record Counsel

# CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  s/David M. Oppenheim