# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE AN ANSWER TO PETITION FOR REHEARING EN BANC

June 20, 2014

*Before*

RICHARD A. POSNER, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*
JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| KENT EUBANK, THOMAS RIVA, WILLIAM EHORN, NANCY EHORN and RON PICKERING,<br>    Plaintiffs-Appellants,<br><br>    and<br><br>LEONARD SALTZMAN, et al.,<br>    Plaintiffs-Appellees,<br><br>Nos. 13-2091, 13-2133, 13-2162<br>    and 13-2202                v.<br><br>PELLA CORPORATION, an Iowa corporation, et al.,<br>    Defendants-Appellees.<br><br>APPEALS OF:<br>    BRADLEY SCHULTZ  and MICHAEL SCHULTZ, objecting class members. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:06-cv-04481<br>]<br>] James B. Zagel, Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

The following are before the court:

1.  **PETITION FOR REHEARING OF PLAINTIFFS-APPELLEES TIM BASTIAANSE, JOSEPH PALMIOTTO, BRAD ZURN, AND JUDITH MCCLOSKY**, filed on June 16, 2014, by counsel for the appellees.

- over -

Nos. 13-2091, et al.                                                                                                    Page 2

2. **PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX TO PETITION FOR REHEARING INSTANTER**, filed on June 17, 2014, by counsel for the appellees.

3. **ATTORNEY PAUL M. WEISS' MOTION FOR LEAVE TO FILE PETITION FOR REHEARING INSTANTER**, filed on June 17, 2014, by Paul M. Weiss.

**IT IS ORDERED** that the plaintiffs-appellees' motion for leave to file supplemental appendix to petition for rehearing *instanter* is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered supplemental appendix to the petition for rehearing.

**IT IS FURTHER ORDERED** that the appellants file an answer to the plaintiffs-appellees' petition for rehearing by June 30, 2014.

**IT IS FINALLY ORDERED** that attorney Paul M. Weiss' motion for leave to file petition for rehearing *instanter* is **DENIED**.

form name: **c7_AnswerToEnbancRehearingRequest**(form ID: **199**)